JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexander Jesse Ramirez,<br><br>         Plaintiff,<br><br>     vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>         Defendant. | Case No. 1:22-cv-00445-ADA-GSA<br><br>STIPULATION AND \|PROPOSED\| ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from  September 29, 2022 to November 28, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's second request for an extension of time.  In the months of May through July 21, 2022, Counsel has received an influx of Social Security Certified Administrative Records (CAR).  A review of the records received shows

1

Counsel has received at least 50 CARs, the majority of which were filed in June 2022. This has caused an unusually large number of cases that have merit briefs due in the months of August and September. For the weeks of September 26, 2022 and October 3, 2022, Counsel currently has 17 merit briefs, and several letter briefs and reply briefs. Additional time is needed to thoroughly brief this matter for the Court.

Also, as previously reported, Counsel for Plaintiff underwent major orthopedic surgery in March 2022, requiring significant physical therapy. This has required Plaintiff's counsel to take time off during the work week and work months since then. Although much improved, Counsel still participates in regular physical therapy two to three times per week. Lastly, Counsel for Plaintiff and his husband are expecting their fourth child through surrogacy and time off or a reduction in workhours during the last week of October 2022 is expected.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: September 12, 2022        PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: September 12, 2022        PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: *<u>*/s/ Caspar Chan*</u>
Caspar Chan
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on September 12, 2022)

## **<u>ORDER</u>**

Pursuant to stipulation,

IT IS SO ORDERED.

Dated:   **<u>September 16, 2022</u>**         <u>         **/s/ Gary S. Austin**</u>
UNITED STATES MAGISTRATE JUDGE

3